UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------x

CLAUDIA BEJARANO,

                      Plaintiff,

      -and-

RADISSON HOTELS INTERNATIONAL, INC., HOTEL EXECUTIVE SUITES, MICHELLE MELARIO, MAYANK RAY, DIVYAKANT PATEL, HARSHAD PATEL, MUER MANAGEMENT, INC., JOHN DOES 1-5, ABC COPRATIONS 1-5,

                      Defendants.
-------------------------------------------------------------x

Civil Action No.:
12-cv-07781
(SDW)(SCM)

**PROPOSED ORDER FOR DEFAULT JUDGMENT**

The Summons and Complaint in this action having been duly served on the above-named defendant Mayank Ray, and said defendant having failed to answer, appear, or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

NOW, on the application of Certilman Balin Adler & Hyman, LLP, co-counsel for plaintiff, it is hereby:

ORDERED AND ADJUDGED, that plaintiff CLUADIA BEJARANO, do recover of MAYANK RAY, the sum of $90,000.00 for compensatory damages, the sum of $90,000.00 for liquidated damages, and the sum of an undeterminable amount at this time, pending an inquest, actual monetary losses, including but not limited to civil penalties, attorneys' fees, and other pecuniary damages; and that the plaintiff has execution therefor.

Judgment dated: Oct 19, 2015

By: _____ [signature]

*Denied* [handwritten across document]

*Plaintiff must submit proof of damages for consideration by the Court. No proofs have been submitted to date. SDW*